M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA    2019 NOV 19  A 10: 33

RECEIVED

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MDL E DISTRICT ALA

Andre D. Flagg-El, Et. Al
Full name and prison name of
Plaintiff(s)

)
)
)
)
)
)

v.

Houston County
HOUSTON COUNTY COMMISSIONERS OFC.
Donald Valenza
Raffany
James Brazier
MARK COVER
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO._____
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☑    NO ☐

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff (s) Andre D. Flagg-EL

Defendant(s) Commander Keith Reed, Et. AL.

2.  Court (if federal court, name the district; if state court, name the county)
The middle district, Southern Division

3. Docket number 1:17-CV-642-ALA

4. Name of judge to whom case was assigned Brasher

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) Still pending

6. Approximate date of filing lawsuit 12-21-2017

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                              ADDRESS

1. Houston County

2. Donald Valenza (Sheriff)   P.O. Drawer Houston County, Al 36302

3. Raffany (Major)

4. Braizer, James (Captain) - 901 East Main St. Dothan, AL 36302

5. MARK COVERS, COMMISSIONER

6. Houston County Commissioners Office

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED On or about May 12th 2019

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Due process of rights clause

III. NAME ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

7. ASSISTANCE COMMANDER K. MOORE • 901 E. MAIN ST. DOTHAN, AL 36302

8). LT. JONES                         • E. MAIN ST. 901 DOTHAN, ALABAMA 36302

9). MARK CHOUQETTE, DR. PHYSICIAN • 901 E. MAIN ST. HOUSTON COUNTY, AL 36302

10). J. SMIAK , ASSISTANT PHYSICIAN • 901 EAST MAIN ST. HOUSTON COUNTY, AL 36302

11). LT. TRAWICK , J.    • EAST MAIN STREET 901 DOTHAN, AL 36302

12). R. CAINE , SGT     • EAST MAIN STREET 901 DOTHAN, ALABAMA 36302

13). LT. MARSH          • 901 EAST MAIN STREET DOTHAN, ALABAMA 36302

14). T. COLE , SGT      • 901 E. MAIN STREET HOUSTON CO., AL. 36302

15). SGT. PETERSON      • 901 E. MAIN ST. HOUSTON CO., AL. 36302

16). LT. KING , S.      • 901 E. MAIN ST. DOTHAN, ALABAMA 36302

17). OFC. DOWNS, GRIEVANCE OFC. • BOARD E. MAINT ST. 901 DOTHAN, AL 36302

18). LT. SNELLS, ADMINISTRATIVE OFC. • E. MAIN ST. 901 DOTHAN, AL. 36302

19). OFC. R. PHILLIPS, DISCIPLINARY OFC. • 901 E. MAIN STREET DOTHAN, AL 36302

20). BENJEMIN LEWIS, JUDGE • P.O. BOX 6406 DOTHAN, AL 36301

21). LARRY K. ANDERSON, JUDGE • 6406 P.O. BOX DOTHAN, AL 36301

22). JOHN M. STEENSLAND III, JUDGE • POST OFFICE BOX 6406 DOTHAN, AL 36301

23). BINFORD, JUDGE • POST OFFICE BOX DOTHAN, ALABAMA 36301

24). DERRICK, JUDGE • 6406 POSTOFFICE BOX DOTHAN, AL 36301

25). MOLTEN, JUDGE • 6406 P.O. BOX DOTHAN, ALABAMA 36301

26). ARTHUR R. MEDLEY, ATTORNEY (PUBLIC DEFENDER) P.O. BOX 5544 DOTHAN, AL 36302

27). ERIC DAVIS, PUBLIC DEFENDER • 6406 POST DRAWER HOUSTON CO., AL 36302

28). MATT LAMEER, PUBLIC DEFENDER • P.O. DRAWER 6406 DOTHAN, AL 36302

29). JACK BLOOMINGFIELD, PUBLIC DEFENDER • POST OFFICE DRAWER 6406 DOTHAN, AL 36302

30). VALARIE JUDAH, PUBLIC DEFENDER • 6406 P.O. DRAWER DOTHAN, AL 36302

31). RANDY CLIFTON, PUBLIC DEFENDER • 6406 POST OFFICE DRAWER DOTHAN, AL 36302

32). SEAN MCGEE, PUBLIC DEFENDER     211 WEST MAIN STREET, SUITE 1 DOTHAN, AL 36301

33). THOMAS S. SMITH, PUBLIC DEFENDER     211 W. MAIN ST., SUITE 1 DOTHAN, AL 36301

34). THOMAS S. SMITH III, PUBLIC DEFENDER     TWO ELEVEN W. MAIN ST., SUITE 1 DOTHAN, AL 36302

35). BEN FREEMAN, PUBLIC DEFENDER • POST OFFICE DRAWER HOUSTON CO., AL 36302

36). MELANDEZ, JUDGE • P.O. BOX 6406 DOTHAN, AL. 36301

37) CLAY WADWORTH, PUBLIC DEFENDER • 6406 POST OFFICE DRAWER, DOTHAN, AL 36302

38). DUSTIN FOWLER, PUBLIC DEFENDER • 6406 POST OFFICE DRAWS DOTHAN, ALABAMA 36302

39) YARBROUGH ; PUBLIC DEFENDER • POST OFFICE DRAWER DOTHAN, ALABAMA 36302

40). HOUSTON COUNTY'S DISTRICT ATTORNEY OFFICE ET. AL. • P.O. BOX 1632 DOTHAN, AL 36302

41). PAT JONES, DISTRICT ATTORNEY • POST OFFICE BOX 1632 DOTHAN, AL 36302

42). JENNIFER R. STANLEY, DISTRICT ATTORNEY • P.O. BOX 1632 DOTHAN, AL. 36302

43). PATRICK BURGRESS, DISTRICT ATTORNEY • POST OFFICE BOX 1632 DOTHAN, AL. 36302

44). STEF BROOKS, DISTRICT ATTORNEY • 1632 P.O. BOX DOTHAN, AL 36302

45) SGT. WATSON M. • 901 EAST MAIN ST. DOTHAN, AL 36302

I. PREVIOUS LAWSUITS

1). PARTIE TO THIS PREVIOUS LAWSUIT:

PLAINTIFF(S) ANDRE D. FLAGG-EL

DEFENDANT(S) J. TRAWICK ET. AL.

2). COURT:

THE ALD UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

3). DOCKET NUMBER: 1:17-CV-858-WHA

4). NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: N/A

5). DISPOSITION: STILL PENDING

6). APPROXIMATE DATE OF LAWSUIT: 12-21-2017

7). APPROXIMATE DATE OF DISPOSITION: N/A

II. PLACE OF CONFINMENT: HOUSTON COUNTY JAIL

901 E. MAIN ST. DOTHAN, AL 36302

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED:

THE HOUSTON COUNTY JAIL

III. (A) CASE OF ASSAULT ON INMATE BY CORRECTIONAL OFFICER(S)

I. PREVIOUS LAWSUITS

1). PARTIES TO THIS PREVIOUS LAWSUIT:

PLAINTIFF(S) ANDRE D. FLAGG-EL

DEFENDANT(S) JASON SMOAK ET. AL

2). COURT: THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISON

3). DOCKET NUMBER: 1:17-CV-857-WHA

4). NAME OF JUDGE TO WHOM WAS ASSIGNED TO CASE: N/A

5). DISPOSITION: STILL PENDING

6). APPROXIMATE DATE OF FILING LAWSUIT: 12-21-2017

7). APPROXIMATE DATE OF DISPOSITION: N/A

II. PLACE OF PRESENT CONFINEMENT: THE HOUSTON COUNTY JAIL

901 E. MAIN ST. DOTHAN, AL 36302

PLACE OR INSTITUTION WHERE INCIDENT OCCURED:

THE HOUSTON COUNTY JAIL

(A) CASE OF ASSAULT ON INMATE BY CORRECTIONAL OFFICER(S) AND DENIED MEDICAL

---

I. PREVIOUS LAWSUITS:

1). PARTIES TO THIS PREVIOUS LAWSUIT:

PLAINTIFF(S) ANDRE D. FLAGG-EL

DEFENDANT(S) K. MOORE ET. AL

2). COURT: THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

3). DOCKET NUMBER: 1:17-CV-859-WHA

4). NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: N/A

5). DISPOSITION: STILL PENDING

6). APPROXIMATE DATE OF FILING LAWSUIT: 12-21-2017

7). APPROXIMATE DATE OF DISPOSITION: N/A

II. PLACE OF CONFINEMENT: THE HOUSTON COUNTY JAIL

901 E. MAIN ST. DOTHAN, AL 36302

PLACE OR INSTITUTION WHERE INCIDENT OCCURED:

THE HOUSTON COUNTY JAIL

(A) CASE OF ASSAULT ON INMATE BY CORRECTIONAL OFFICER(S) AND

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The conditions of confinement; and practices in H.C.J. presently, in mates at the Houston County Jail, inadequate cleaning supplies, denied bo oks), excessive commisary prices, recreational time; being locked out of ce ll(s); pod's over crowded; inadequate indigent kit(s); inadequate food (Unhealthy & Unsa nitary); denied food & clothing packages; denied medical (pod); triple bunking (for legal educational purposes); no gain/week time or work release; excessive segregation time.

GROUND TWO: Violations of equal protection of the law

SUPPORTING FACTS: Currently the officials in Houston County are violating the: Inspection of inmate mail; Law library inadequate, denied legal kit(s); family deni ed traditional mailing procedures; denied arrest affadavits & discovery; excessive use of restraints, assault risk rule/regulations; denied access to free legal mail; inadequate/insufficient trained staff; social and attorney visits; excessive segrega tion time; excessive taking of funds & fee's at Community Corrections; length of confinement (80 D); inadequate pro/shuste; inadequate and arbitrary disciplinary & grievence procedures.

GROUND THREE: Violations of Fourth Amendment Right

SUPPORTING FACTS: Presently inmates in the Houston County Jail are being violated through room searches without inmate present; Strip search/ cavity search; the taking of matresses; blankets; stationary materials; books etc; the force to cut hair (Three day bail bond rule); Search and taking of property in booking without inventory list; taking of undergarments in booking without reissuing whites.

*Excessore Inmatres ano Amuso. Any perns vonures. Plant. sticks a Jury Terac and Ser. to sue officials in their personal capacity and their personal capacity for Damages of $ 100 Brillears. Dollars*

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

The Houston County seek punitive and injuretion relief in the official capacity and court order defendants to comply to the requirements of this complaint to alternative rules and policies less restrictive, also the right to full excercise, federal protected right, to have attorney fee's and court cost paid.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/17/2019__
            (Date)

_____
Signature of plaintiff(s)

PETITION FOR VIOLATION OF CONFINEMENT AND PRACTICES IN THE HOUSTON COUNTY DISTRICT

NOW COMES THE INMATES OF THE HOUSTON COUNTY JAIL, IN THIS CLASS ACTION 42 U.S.C § 1983 LAW SUIT; PETITION AGAINST HOUSTON COUNTY ET. AL; COMMISSIONER MICHEAL COVER    ; SHERIFF DONALD VALENZA; MAJOR RAFFANY; AND CAPTAIN JAMES BRAZIER. (1) FOR VIOLATIONS OF DUE PROCESS CLAUSE: CONDITIONS OF CONFINEMENT AND PRACTICES, UNSANITARY POD'S AND CELL'S; EXCESSIVE COMMISARY PRICES; INADEQUATE YARD/REC TIME; CELL LOCK OUT, CELL (TRIPLE BUNKING) AND (DRAWER ON BUNK MISSING), AND PODS OVER CROWDED; DENIED BOOK(S) FROM PUBLISHERS; INADEQUATE INDIGENT KIT(S); INADEQUATE AMOUNT OF FOOD, FOOD UNHEALTHY AND UN-SANITARY; DENIED FOOD AND CLOTHE PACKAGES, RADIO(S) AND I-PAD(S); DENIED GAIN TIME FOR INMATES WORKERS; NO WEEK TIME OR WORK RELEASE; EXCESSIVE MEDICAL FEES, NO MEDICAL OR MENTAL POD(S), INADEQUATE ADMINISTRATIVE SEGREGATION, NO SUICIDE CELL OR PERSONEL, EXCESSIVE SEGREGATION TIME, EXCESSIVE ASSUALT RISK RULE AND REGULATIONS, DENIED FREE SOAP, TOOTHPASTE/BRUSH (LONGER), SHAVE CREAM, ETC., SOCIAL VISITS, INADEQUATE AND ARBITRARY DISCIPLINARY/GRIEVANCE PROCEDURES, INSUFFICIENT KIOSK USE/ABILITY NO YARD TIME FOR ADMINISTRATIVE SEG.; MENTAL HEALTH, MEDICAL, MEDICAL INMATES, SELLING INDIGENT PRODUCTS ON COMMISARY; (2) FOR VIOLATION OF EQUAL PROTECTION RIGHTS: MAIL INSPECTIONS, FAMILY DENIED RIGHTS TO TRADITIONAL MAILING PROCEDURES; DENIED ARREST AFFIDAVITS AND DISCOVERY RIGHTS; DENIED ADE-QUATE LEGAL KIT(S) "2 ENVELOPS, OFFICE PAPER, 2 LARGE ENVELOPES, AND 2 CARBON PAPERS", LAW LIBRARY AND ACCESS TO THE COURT THROUGH FREE LEGAL MAIL RIGHTS; MONITORING OF ATTORNEY VISITS; LENGTH OF CONFINEMENT (SPEEPY TRIAL RIGHTS); EXCESSIVE GARN-ISHMENT OF FINE AND WAGES AT THE COMMUNITY CORRECTIONS FACILITY, AND COURTHOUSE (25$ A DAY); RACIAL DISCRIMINATIONS EXCESSIVE BAILS, AND VIOLATION OF GRAND JURY RIGHTS AND PROCEDURES.
(3) FOR VIOLATIONS OF FOURTH AMENDMENT RIGHTS: (ROOM SEARCHES STRIP/CAVITY SEARCHES FOR SRT COURT RETURNS AND NON-DRUG RELATED OFFENSES); TAKING MATTRESSES, BLANKETS, STATIONARY MATERIALS AND BOOKS IN SEG.; FORCE HAIR CUTS (3 DAY BAIL BOND RULE); SEARCH AND MISSING PROPERTY IN BOOKING AND RELEASE

FOR MY PERSONAL

USE ONLY!

Case 1:19-cv-00962-ECM-WC   Document 2   Filed 12/02/19   Page 10 of 24

CONTACT INFORMATION - TO CONTACT (YOU)   PG # 09 OF 04

PERFERABLE A EMAIL - R FACEBOOK, INSTAGRAM

EMAIL / WEB ACCOUNT

WWW . ALSD . US COURTS . GOV / PRO-BSNO-FUND

ALMD.

NAME

PRO-BONO CIVIL ATTORNEY LIST

(NO INVENTORY-LISTS/OWNER NOT PRESENT DURING SEARCH); PG. 2
TAKING UNDER GARMENTS AND NOT RE-ISSUING WHITES.

ALL PLAINTIFF(S) IN THIS 42 U.S.C § 1983 COMPLAINT SEEKS PLAIN-
TIVE RELIEF AND TO BE FREE FROM ARBITUARY OR POINTLESS VIO-
LATIONS AND RESTRICTIONS; AND THE RIGHT TO EXERCISE FEDERALLY
ESTABLISHED RIGHTS DURING THE PERIOD OF PRE-TRIAL CONFINEMENT
AND PROCEDURES, PETITIONER SEEK TO BE ALLOWED TO (I). CLEAN CELLS/
PODS PROPERLY w/ CLEANING SUPPLIES AND CHEMICALS DAILY; REASONABLE
COMMISARY PRICES (AFFORDABLE FOR FAMILY AND FRIENDS); ADEQUATE
YARD/REC. TIME DAILY; ALLOWED ANNUAL FOOD AND CLOTHE PACKAGES,
RADIO(s) FOR PERSONAL USE AND 1-PAD FOR PERSONAL USE OF REC.,
EDUCATIONAL AND LEGAL PURPOSES; GAIN TIME FOR INMATE WORKERS
(EXERCISE OF 11th. AMEND.); WORK RELEASE AND WEEK TIME (IN WEEK-
END DORMITORY); MEDICAL FEES (SICK CALL $4) AND (HIGH PRESCRIPTIONS)
ETC., FEDERAL REGULATED SUICIDE CELLS; SUFFICIENT AND ADEQUATE
POD(s) FOR MEDICAL, MENTAL HEALTH, PROTECTIVE CUSTODY, ADMINI-
STRATIVE SEGREGATION, PENDING SEGREGATION AND SEGREGATION TIME
AND TRAINING FOR SEGREGATION OFFICERS, LESS RESTRICTIVE ASSUALT RISK
POLICIES; ADEQUATE PROTOCOLS AND TRAINING FOR STAFF & FOR ASSUALT
RISK INMATES; LESS RESTRICTIVE AND PROPER REGULATIONS FOR SEGREGATION
TIME, ADEQUATE STATE ISSUED COSMETICS AND HYGIENE PRODUCTS;
SUFFICIENT SOCIAL AND ATTORNEY VISITATION ROOMS AND POLICIES;
ADEQUATE AND SUFFICIENT DISCIPLINARY/GRIEVANCE PROCEDURES;
I-PAD'S INSTEAD OF KIOSK'S; TO FREELY MOVE IN OR OUT CELL'S
TO CONTROL T.V.'S, AND PROPER SEATING IN HOUSING AREAS TO
DECONGEST DORMS/POD(s), PROVIDED INDIGENT CLOTHES AND HYGIENE
ADEQUATELY DURING INTAKE; ALLOWED TRADITIONAL MAILING w/PAPER,
STAMPS, ENVELOPE, GIVING ARREST AFFIDAVIT(s) DURING PROCESSING
AND INTAKE PERIOD(s); PROVIDED WITH LEGAL KIT(s) AND ADEQUATE
ACCESS TO THE COURT AND ATTORNEYS THROUGH FREE LEGAL MAIL
SYSTEM;
VIOLATIONS BY HOUSTON COUNTY OFFICIALS (JUDGES, ATTORNEYS, D.A.'S)
OF PRE-TRIAL DETAINEES, RIGHT(s) TO 180 DAY TRIAL, PRELIMINARY HEAR-
INGS WITHIN (30 DAYS OF ARREST) DATE, DISCOVERY(s), GRAND JURYS
APPEARANCE AND PROCEDURES TO BE PROPERLY EXERCISED AS CORREC-
TIONAL PARTICIPANTS; TO HAVE $25 A DAY RIGHT APPLIED EFFECTIVELY;
RACIAL DISCRIMINATIONS OF THE LAW THROUGH HOUSTON COUNTY PRATICE
EXCLUSION OF BLACK GRAND JURY AND PETIT JURY THAT ARE COMPETANT
AND ELIGABLE; RIGHTS TO A REASONABLE BOND; TO BE PRESENT DURING

RETURN TO JT-POD (1-POD)

TEKSTER POD

SIGNATURE SHEET (MUST SIGN TWICE)

NAME (LAST, FIRST, MID. IN.)     H.L.J# / A.I.S.#          SIGNATURE

RETURN TO JT-POD (1-POD)

SIGNATURE SHEET (MUST SIGN TWICE)

ROOM SEARCHES, PROPERTY SEARCHES, AND INTAKE SEARCHES, TO PRO-
HIBIT STRIP/CAVITY SEARCHES ON SRT INMATES FOR COURT RETURN
AND NON-DRUG RELATED OFFENSES; THE TAKING OF MATTRESSES,
BLANKETS, STATIONARY MATERIAL AND BOOKS IN SEGREGATION; ALLOWED
ACCESS TO LEGAL LAW MATERIAL (HIGH LIGHTER, WHITE-OUT, PLASTIC
PAPER CLIPS, BETTER PENS, STICKY PADS,) TYPEWRITER PLEADINGS,
LEGAL RESEARCH ON INTERNET, PARALEGAL COURSES; LEGAL NEWS/
UPDATES, ETC. AND DICTIONARYS.

FIRST AMENDMENT VIOLATIONS: (FREEDOM OF SPEECH), FORCED HAIR
CUT (AFTER 3 DAY BAIL BOND RULE); DENIED A INVENTORY/PROPERTY
LISTS IN BOOKING; SEIZURES OF UNDERGARMENT AND NOT RE-ISS
UING WHITE(S) TO INMATES DURING ADMISSION OF JAIL; ADEQUATE
AND SUFFICIENT LAUNDRY PROCEDURES, ADEQUATE WASHERS/DRYERS,
ADEQUATE KITCHEN (W/O RATS AND BUGS); EQUIPMENT: BOILERS, DISH-
WASHERS, OVENS, FLAT GRILLS, POTS AND PANS, FLAT TRAYS (W/O
WATER IN THEM), TRAY CARTS W/ WARMERS, COOKING UTENSILS, SPOONS
(TO SMALL TO WASH PROPERLY), CUPS (TO SMALL TO WASH PROPERLY), ICE
MACHINES, NO WATER FOUNTAINS OR PROPER DRINKING SOURCE IN POD(S),
HOT WATER (FOR COMMISSARY FOODS), PROPER VENTILATION IN CELLS/PODS,
PROPER CLEANING SUPPLIES AND MATERIALS (IN KITCHEN), PROPER HEAT
AND AIR CONDITIONING (FOR APPROPIATE INMATES); MULTI PURPOSE ROOM
(A GYM FOR BASKETBALL), REC YARD (PULL UP BARS, SET UP BENCHES:
INCLINE/DECLINE/LEVELED, TABLES, AND BOARD GAMES FOR POD(S),
REC. CLOTHES: SHORTS, T-SHIRTS, RUNNING/WALKING SHOES,
SUFFICIENT ACCOUNT SUMMARY LIST (TO SEE PURCHASES AND DEPOSITS);
ASSIGNED SEG. MEDICAL, MENTAL HEALTH HALLWAYS; ADEQUATE AND
SUFFICIENT SECURITY CAMERAS (BLIND SPOTS IN HALLS, KITCHENS,
AND POD(S), PROVIDED W/ LEGAL KIT(S), AND NEW COMMISSARY LISTS

RETURN TO Joseph (Jason)

#2 of 04

## SIGNATURE SHEET (MUST SIGN TWICE)!

NAME (LAST, FIRST, MIDDLE IN.)   H.C.J.# / A.I.S.#        SIGNATURE



THE REMOVAL OF IMPORT DEBT; ATM FEE'S; EXCESSIVE MEDICAL CHARGE AND FEE'S; CHARGES FOR FREE TISSUE; PSYCHATROPIC MEDICATIONS, DENTAL FEE'S; AND TRANSPORTATION, ADEQUATE MENTAL HEALTH DOCTOR (THERES NONE) AND NURSES (NONE); THE OFFICERS PASSING MEDICATIONS; EXCESSIVE BAIL BONDS; ADEQUATE TELEVISIONS/ TELEVISION COMPANY'S; INADEQUATE OFFICERS AND CONTROL OPERATORS; LESS CONTROLED MOVEMENT; IMPROPERLY TRAINED OFFICERS AND SUPERVISION, IMPROPER CLASSIFICATION; IMPROPER DISCIPLINARY BOARD AND HEARING OFFICERS; INADEQUATE MAINTENANCE; INADEQUATE MAIL ROOM; EXCESSIVE USE OF RESTRAINTS; FULL ACCESS TO READING AND EDUCATIONAL PROGRAMS ON KIOSK; INADEQUATE LAW LIBRARY ON KIOSK; ISLAMIC SERVICES; INADEQUATE SHOWER TIME IN SEGREGATION LOCKDOWN (NOT APART OF RECREATIONAL TIME); VIOLATIONS OF 5TH, 6TH, 14TH AMEND. DUE TO UNLAWFUL INVESTIGATION (COMMUNICATIONS DEVICE); RIGHT TO PRIVACY

THE HOUSTON COUNTY SHERIFF'S AND CORRECTIONAL OFFICER(S) ILLEGALY SEARCH AND SEIZING INMATES (LEGAL) PAPERS, DOCUMENTS AND PERSONAL PROCESSION WITHOUT PROBABLE CAUSE; RIGHT TO EXERCISE FREEDOM OF SPEECH (WITHOUT BOOK LIMITATIONS); IMPROPER MEDICINE PASS (WALK PASS YOUR DOOR, IF NOT STANDING THERE); HOUSTON COUNTY FAILS TO INCORPORATE A RISK-ASSESSMENT POINT SYSTEM USED BY PRETRIAL SERVICES, PROVERTY INDICATORS FOR THE LIKELIHOOD AN ARRESTEE WOULD NEED TO PAY TO BE RELEASED; OR RELEASED ON RECOGNIZE; JUDGES ARE AWARE THAT, BY IMPOSING A SECURED OR EXCESSIVE BOND ON INDIGENT ARRESTEES WOULD REMAIN DETAINED; THE PLAINTIFF AND OTHERS AVERT THE COUNTY'S SYSTEM OF SETTING BAIL FOR PRE-TRIAL DETAINEES VIOLATED ALABAMA STATUTORY AND CONSTITUTIONAL LAW, ASWELL AS THE EQUAL PROTECTION AND DUE PROCESS CLAUSES OF THE FOURTEENTH AMENDMENT; THE COUNTYS SYSTEM OF DENYING ARRESTEE'S OF A THIRTY (30) DAY PRELIMINARY HEARING, DISCOVERY; ONE HUNDRED AND EIGHTY (180) DAY SPEEDY TRIAL (AS ARRESTEE'S ARE BEING HELD OVER A YEAR OR MORE); THE UNDUE DELAY AND CONTENUANCES; THE ELIMINATION OF COMPETENCY GRAND AND PETIT JURORS ALSO VIOLATED ALABAMA STATUTORY AND CONSTITUTIONAL LAW, ASWELL AS THE EQUAL PROTECTION AND DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT AND THE RIGHT TO PRIVACY BY THE COUNTY USING COMMUNICATIONS DEVICES (CIARGRAPH); TWO (2) FLUSH EVERY FIVE (5) MINUTES (HOUR LOCK) FOR 2-3 INMATES; AREA RESTRICTIONS IN PODS AND CONFINEMENT (3 FAST RULE); INSUFFICENT MENTAL HEALTH PSYCHIATRIST; HOUSTON COUNTY JUDGES REFUSAL TO ACKNOWLEDGE WITH INVIDIOUS DISCRIMINATORY LEGAL CHALLENGES FROM INMATES OFFERING ADEQUATE OPPORTUNITY TO STATE AND CONSTITUTIONAL REMEDIES AT LAW, RESULTING IN THE SUFFERING OF IRREPARABLE INJURY; INADEQUATE TIME IN CELL (DAYTIME) / INADEQUATE TIME IN PODS (AT NIGHT 8:45 PM LOCKDOWN)

INSUFFICIENT TIME IN CELL(S) DURING THE DAY (OUR CELL LOCK ROLL OUTS), AND INSUFFICIENT TIME IN THE POD(S) AT NIGHT(S) (DURING LAUNDRY, COMMISSARY, HAIR CUTS, ETC.), NO LAZY NIGHTS (ON WEEKENDS; ROLL IN 8:45 P.M.;

PLAINTIFFS/ PETITIONERS ARE AS FOLLOWS!

NAMES:

SIGN THIS TWICE!

HOUSTON COUNTY JAIL#'s:

SIGNATURES:

1). ANDRE D. FLAGG-EL

H.C.J. #64728 / A.I.S. #310703

Andre D. Flagg-El

2)- JA'SHUN A. LLOYD

H.C.J #68426 / A-1-S #293243

Jashun A. Lloyd

3). Matthew Trice

H.C.J #75434

Matthew Trice.

4.) Michael Thomas (-f

H.C.J. 75349

5) Gabriel Owens

H.C.J. 76534

6. Terrance Ransom

Terrance Ranson

7. CARLOS BLOCKER

H.C.J #41567

Carlos Blocker

8. Z-lavayn cobbitt

HCJ. # 75345

Z-lavayn cobbitt

9, Chrisdean Byrd

HCJ #72967 / A.I.S. #311793

Chrisden Byrd

10, Lamarris Bass

HCJ 69812   302466

Lamarris Bass

11. Travoris Jackson

HCJ#68560

12. Kaleb Tubbs

Kaleb Tubbs

13. Jacky Rogers

HC #76056

14. Branddon Bigham

HC. # 73604

Branddon Bigham

15. ROYCHESTER WALKER

HCJ# 78980

Blockboy Peery 8733@gmail

#CJ#

16. Travis Poke

#46914

17. James white

#61998

James white

18. Javarte Cenron

#74214

19. Maurice Critten

#47999

Maurice Critten

20. Nicholas Hall

#75617

Adrin Sewell

54700

Adrin Sewell

Timothy Melender

# C2900

Timothy Melender

Dontavious Thomas

#51220

Howard Grant

#202503
#69010

Howard Grant

PLAINTIFF'S / PETITIONERS AS FOLLOWS:

| NAME (L, M, F) | A.I.S.#/H.C.J.# | SIGNATURE |
|---|---|---|
| 1) Audre Rhine | 67190 | |
| 2) Tew Craw Ford Joshua | 61411 | |
| 3) Travis Poke | 46914 | |
| 4) Lamarris Bass | 302466/09812 | LamarrisBass |
| 5) Antonio M'Glwn | 66275 | |
| 6) N Drown | 41473 | |
| 7) Calvin Bivino | CS184 | |
| 8) Samuel Horne | 74396 | |
| 9) Travoris Jackson | 68560 | |
| 10) Mark Ford | 38132 | |
| 11) Cody Fulgham | 65914 | |
| 12) Jaquez Corbitt | 68600/306618 | |
| 13) Howard Grant | 64010 | |
| 14) Dontavious Thomas | #70353/315258 | |
| 15) | | |
| 16) | | |
| 17) | | |
| 18) | | |
| 19) | | |
| 20) | | |
| 21) | | |
| 22) | | |
| 23) | | |
| 24) | | |
| 25) | | |
| 26) | | |
| 27) | | |
| 28) | | |
| 29) | | |
| 30) | | |
| 31) | | |
| 32) | | |
| 33) | | |
| 34) | | |
| 35) | | |
| 36) | | |
| 37) | | |
| 38) | | |
| 39) | | |
| 40) | | |
| 41) | | |
| 42) | | |
| 43) | | |

Plaintiffs/Petitioners are as follows:

## Sign This Below:

| Name: | Houston County Jail#'s & AIS#'s | Signatures |
|---|---|---|
| Arthur Wade Holmes | # 74203 - 207720 | Arthur Wade H... |
| Anthony Hobson | #70249-1815 | Anthony Holst... |
| Raymond Martin | 69355 / 302849 | A...h... |
| Sorney Record | 75647 / | Sorney Record |
| Jay Stevenson | 72349 | Jay Stevenson |
| Joe Duncan | 18982 | Joe Duncan |
| Hannah De La Cerda | #75686 | Hannah R. L... |
| Carlos Lindsey | # 76066 | Carlos Lindsey |
| Joseph Pole | # 69253 #134530 | Joseph Pole |
| Courtney Byrd | 68252 / 287119 | Courtney Byrd |
| Perry Colton | 55460 / 271045 | P... |
| De Jarvous W. Glenn | #72442 9488 / 309239 | Jey Glenn |
| Douglas Armstrong | #75548 | Douglas Armst... |
| Joshua Phillps | #58157 / 261601 | Joshua Phillps |
| Jamie Townes | #64748 | Jamie Townes |
| James Troupe | #59546 / 258351 B | |
| Chris Watford | #73122 | Chris Watford |
| Paul Dehart | 68520355 9 | Paul Dehart |

VIOLATIONS BY HOUSTON COUNTY OFFICIALS (JUDGES, ATTORNEYS, AND D.A.)
OF PRE-TRIAL DETAINEES, RIGHTS TO 180 DAY TRIAL, PRELIMINARY HEA-
RINGS WITHIN (30 DAYS OF ARREST DATE), DISCOVERY(S), GRAND JURYS
APPEARANCES AND PROCEDURES TO BE PROPERLY EXERCISED AS CORRECTIONAL
PARTICIPANTS; TO HAVE $25 A DAY RIGHT APPLIED EFFECTIVELY; RACIAL
DISCRIMINATIONS OF THE LAW THROUGH THE HOUSTON COUNTY PRACTICE
EXCLUSION OF BLACK GRAND AND PETIT JURORS THAT ARE COMPETANT AND ELIGIBLE
RIGHTS TO A REASONABLE BOND; TO BE PRESENT DURING ROOM AND PROPERTY
(INTAKE) SEARCHES; TO PROHIBIT STRIP/CAVITY SEARCHES ON SRT INMATES FOR
COURT RETURN AND NON-DRUG RELATED OFFENSES; THE TAKING OF MATT-
RESSES, BLANKETS, STATIONARY MATERIAL (HIGH LIGHTER, WHITE-OUT,
PLASTIC PAPER CLIPS, BETTER PENS, STICKY PADS), TYPEWRITER PLEADINGS,
LEGAL RESEARCH ON INTERNET, PARALEGAL COURSES; LEGAL NEWS/UPDATES
ETC. AND DICTIONARY.

FIRST AMENDMENTS VIOLATIONS: (FREEDOM OF SPEECH), FORCED HAIR CUTS
(AFTER 3 DAYS BAIL BOND RULE); DENIED A INVENTORY/PROPERTY LIST IN
BOOKING; SEIZURES OF UNDERGARMENTS AND NOT RE-ISSUING WHITES
TO INMATES DURING ADMISSION OF JAIL; ADEQUATE KITCHEN (W/O RATS
AND BUGS), EQUIPMENT: BOILERS, DISHWASHERS, OVENS, FLAT GRILLS,
POTS AND PANS, FLAT TRAYS (W/O WATER IN THEM), TRAY CARTS W/HEATERS,
COOKING UTENTILS, SPOONS (TO SMALL TO WASH PROPERLY), CUPS (TO SMALL
TO WASH PROPERLY), ICE MACHINES, NO FOUNTAINS OR PROPER DRINKING
SOURCE IN POD(S), HOT WATER (FOR COMMISARY FOODS), PROPER CLEANING
SUPPLIES AND MATERIALS (IN KITCHEN), ADEQUATE AND SUFFICIENT
LAUNDRY PROCEDURES, ADEQUATE WASHERS/DRYERS, PROPER VENTILATION
IN CELLS/PODS, PROPER HEAT AND AIR CONDITIONING (FOR APPROPIATE INMATES);
MULTI-PURPOSE ROOM (A GYM FOR BASKETBALL), REC YARD (PULL UP BARS, SET UP
BENCHES: INCLINE/DECLINE/LEVELED, TABLES AND BOARD GAMES FOR
POD(S), REC CLOTHES: SHORTS, T-SHIRTS, RUNNING/WALKING BASKETBALL
SHOES, SUFFICIENT ACCOUNT SUMMARY LISTS (TO SEE PURCHASES AND
DEPOSITS); ASSIGNED SEG. CAMERAS (BLIND SPOTS IN HALLS, KITCHEN,
AND POD(S); PROVIDED W/LEGAL KIT(S) AND NEW COMMISARY LIST

SIGNATURE SHEET (MUST SIGN TWICE)

| NAME (LAST, FIRST, M. INITIAL) | H.C.J.#/A.I.S.# | SIGNATURE |
|---|---|---|
| BARBER BRENT B. | 63585 272061 | Brent Bar Keion |
| Grider Keion D | 73163 | |
| Critten, Maurice T | 47999/216419 | Maurice Critten |
| Townsend Charles | 46264/200566 | Charles Townsend |
| Antonio Finn  t. f | 59701 | t. f |
| Ward, Kenny L. | IM#56609/AIS 312237 | |
| Debose, LaBrandon D. | #749072454 | LaBrandon ReBose |
| Williams, Donald c Jr. | #61234/205241 | Donald c Williams Jr |
| Henderson Zamane | #68713/317743 | Zamane H |
| Jimmy Dozier | # 26759 | Jimmy Dozier |
| Walter Johnson | #58719/861754 | Walter John |
| Oscar Stuckey | # 72941 | Oscar Stuckey |
| Wright, Anthony C | 76314 | Wright Anthony C |
| Fulford, Christopher | 64653/320216 | |
| COOK, DEARRIUS | #66887 A.I.S 280451 | Dearrius Cook |
| Byrd, Austin | #71223 | Mary C. Byrd |

RETURN TO G-POD, THROUGH DOOR

F G-POD.

SIGNATURE SHEET (MUST SIGN TWICE)

| NAME (LAST, FIRST, M. INITIAL) | H.C.J.# / A.I.S.# | SIGNATURE |
|---|---|---|
| Michaud Adam J. | 7468 | *[signature]* |
| Hooks, Arthur R. | 54835/249137 | *[signature]* Arthur L Hooks |
| Jamir Yasin Baxter | 76290/7134 | *[signature]* Jamir B |
| Berry Jonathan Jerome | 56444 | *[signature]* Jonathan Berry |

RETURN TO G-POD THROUGH DOOR

PG # 02 02 03

SIGNATURE SHEET (MUST SIGN TWICE)

| NAME (LAST, FIRST, M. INITIAL) | H.C.J.# / A.I.S.# | SIGNATURES |
|---|---|---|
| Bone Sylvester L | 53160 248459 | |
| Key, Blake A. | 04154 / 280490 | Blake Key |
| Blackmon, Allerie T. | 69374 | Allen Blk |
| Nicholas, Lucus. S | 71578 | Sherry |
| Jackson, Khari Q. | 71823 | |
| Travontae Ware | 75983 | |
| Jonathon D Powell | 67255 | Jonata fun |
| Antonio Beck | 73755 | Ant Bal |
| Floyd Mickey W | 39923 | Mickey Floyd |
| Desrocher, Jonathon, M | 76483 | |
| Stiles, Charles | 76430 | Charles St |
| Brian Wilkerson | 72672 | B |
| CAMERON MARTIN | 72688 | CAMERON MARTIN |

